# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2008

Clifford W. Taylor,
Chief Justice

137196 & (3)(4)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

IN RE ANONYMOUS JUDGE                    SC: 137196

_____/

On order of the Court, the motion to seal the record and the motion for immediate consideration are GRANTED. The complaint for superintending control is considered, and relief is DENIED because the Court is not persuaded that it should grant the requested relief. It appears the Judicial Tenure Commission has granted, pursuant to MCR 9.207(D), an extension to answer until October 31, 2008. The next scheduled meeting after that date at which a formal complaint could be authorized is November 10, 2008, after the November 4, 2008 general election.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2008

Clerk

0916